```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-46797 MEH** |
| **MARY ALICE STEVENSON,** | **Chapter 13** |
| Debtor. | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

Commencing October 2012 and continuing through February 2013, debtor will pay $240.00 per month to the Trustee. Beginning March 2013 and continuing thereafter, Debor will pay $635.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Debtor had a seizure in August 2012 and is on temporary disability. Debtor will return to work in February 2013.

Dated: October 2, 2012

                /s/ Anne Y. Shiau
                ANNE Y. SHIAU
                Attorney for Debtor