```
1   PATRICK L. FORTE #80050
    ANNE Y. SHIAU, #273709
2   LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
3   Oakland, CA 94612
    Telephone: (510) 465-3328
4   Facsimile: (510) 763-8354

5   Attorneys for Debtor
```

The following constitutes
the order of the court. Signed November 2, 2012

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                Case No. 11-46797 MEH

**MARY ALICE STEVENSON,**             Chapter 13

        Debtor.           ORDER MODIFYING CHAPTER 13 PLAN
_____/

The above named debtor having served a Motion to Modify Chapter 13 Plan on October 2, 2012, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows:

Commencing October 2012 and continuing through February 2013, debtor will pay $240.00 per month to the Trustee. Beginning March 2013 and continuing thereafter, Debor will pay $635.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'